USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DAMIEN MILLS,

                 Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                 Defendant.
-----------------------------------------------------------X

19 **CIVIL** 4413 (NSR)(JCM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 10, 2019, that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
        December 11, 2019

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                      **BY:** _____
                                                  **Deputy Clerk**